**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: McCONNELL                DAVID
      *(Last)*                      *(First)*              *(Middle Initial)*

Prisoner Number: CB3665

Institutional Address: NKSP, PO BOX 5000, DELAND, CA 93216

---

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID McCONNELL<br>*(Enter your full name.)*<br><br>vs.<br><br>CONTRA COSTA COUNTY<br>SHERIFF<br><br><br>*(Enter the full name(s) of the defendant(s) in this action.)* | Case No. _____<br>*(Provided by the clerk upon filing)*<br><br>**COMPLAINT UNDER THE CIVIL RIGHTS ACT,<br>42 U.S.C. § 1983** |

## I. Exhaustion of Administrative Remedies.

*Note:* *You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A.    Place of present confinement NORTH KERN STATE PRISON

B.    Is there a grievance procedure in this institution?    YES ☒    NO ☐

C.    If so, did you present the facts in your complaint for review through the grievance procedure?    YES ☐    NO ☒ (ACTION NOT AGAINST PRESENT LOCATION)

D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

        1. Informal appeal: _____

        _____

        _____

PRISONER COMPLAINT (rev. 8/2015)
*Page 1 of 7*

2. First formal level: _____

_____

_____

3. Second formal level: _____

_____

_____

4. Third formal level: _____

_____

_____

E.  Is the last level to which you appealed the highest level of appeal available to you?

**YES ☐   NO ☐**

F.  If you did not present your claim for review through the grievance procedure, explain why.

MY ACTION IS AGAINST MY PRIOR PLACE OF CONFINEMENT. I DID NOT PRESENT A CLAIM THERE DUE TO FEAR OF RETALIATION AS STATED BY INVOLVED DEPUTIES.

## II. Parties.

A.  Write your name and present address. Do the same for additional plaintiffs, if any.

DAVID McCONNELL, CB3665

A1-236

PO BOX 5000, DELAND, CA, 93216

B.  For each defendant, provide full name, official position and place of employment.

CONTRA COSTA COUNTY SHERIFF DEPARTMENT

DEPUTY SALTER - CONTRA COSTA COUNTY SHERIFF DEPARTMENT

DEPUTY KIM - CONTRA COSTA COUNTY SHERIFF DEPARTMENT

DEPUTY COSTELLO - CONTRA COSTA COUNTY SHERIFF DEPARTMENT

DEPUTY RODRIGUEZ - CONTRA COSTA COUNTY SHERIFF DEPARTMENT

LIEUTENANT HERNANDEZ - CONTRA COSTA COUNTY SHERIFF DEPARTMENT

PRISONER COMPLAINT (rev. 8/2015)

*Page 2 of 7*

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I WAS DETAINED, AWAITING TRIAL, IN MARTINEZ DETENTION FACILITY FROM MAY 2022 THROUGH JUNE 2025. WHILE THERE I WAS ASSIGNED AS A WORKER IN THREE AREAS SIMULTANEOUSLY, THE KITCHEN, INTAKE AREA AND THE MENTAL HEALTH MODULE (F MODULE). WHILE WORKING 13+ HOURS PER DAY, SEVEN DAYS PER WEEK, I SUSTAINED A VARIETY OF INJURIES AS DESCRIBED ON THE ATTACHED PAGES. I WITNESSED PHYSICAL, EMOTIONAL AND PSYCHOLOGICAL ABUSE OF DETAINEES WHICH HAS RESULTED IN MY BEING DIAGNOSED WITH PTSD, ANXIETY AND NIGHTMARES. I TAKE MEDICATION DAILY FOR THESE ISSUES.

PLEASE SEE ATTACHED PAGES FOR THE FACTS OF THIS ACTION.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

(i) IMPROVE EDUCATION ON ROLE OF DEPUTIES IN CARING FOR THE MENTALLY ILL.

(ii) HOLD IDENTIFIED STAFF ACCOUNTABLE FOR ISSUES RAISED IN THIS ACTION

(iii) FINANCIAL RELIEF FOR MY PAIN AND SUFFERING AS WELL AS ONGOING TREATMENT AND THERAPY. $150,000

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 2/24/26

Date          Signature of Plaintiff

DAVID MC CONNELL
V.
CONTRA COSTA COUNTY
SHERIFF

4/7

2/24/26

CONTRA COSTA SHERIFF DEPARTMENT AT MARTINEZ DETENTION FACILITY (HEREAFTER "MDF") FAILED TO PROTECT ME, AND SHOWED DELIBERATE INDIFFERENCE TO MY SAFETY/INJURIES, THROUGH ABSENCE OF POLICIES AND PROCEDURES ENSURING THE TRAINING, SUPERVISION AND SAFETY OF PRE-TRIAL DETAINEE TRUSTEE WORKERS.

I WAS DETAINED AT MDF MAY 2022 THROUGH JUNE 25th 2025, DURING THIS TIME I WAS ASSIGNED AS A TRUSTEE/WORKER IN THE KITCHEN JUNE 2022 THROUGH JUNE 24th 2025. DURING THIS TIME I WAS GIVEN VARIOUS ADDITIONAL ASSIGNMENTS RESULTING IN THE UNPRECEDENTED WORK LOAD OF 3 ASSIGNMENTS FROM SEPTEMBER 2024 THROUGH JUNE 24th 2025. (ALL WHILE FACING TRIAL) - ASSIGNMENTS INCLUDED WORKING IN THE KITCHEN 04:30 - 12:00 SEVEN DAYS PER WEEK, INTAKE AREA TRUSTEE 12:00 - 16:30 SEVEN DAYS PER WEEK AND F MODULE/MENTAL HEALTH MODULE WORKER 04:30 - 0600, 11:30 - 13:00 AND 16:30 - 18:00 SEVEN DAYS PER WEEK. THE OVERLAPPING OF ASSIGNMENTS MEANT I WOULD BE TRANSPORTED AREA TO AREA AND BACK AT THE IDENTIFIED TIMES. IN ADDITION TO THIS 13 + HOUR PER DAY ASSIGNMENT I WOULD BE TRANSPORTED (AT ANY HOUR) TO THE AREAS TO CLEAN UNEXPECTED SEWAGE FLOODS OR INFECTED CLOTHING - WITH NO HAZMAT TRAINING. DUE TO THE FOLLOWING INCIDENTS I INCURRED PHYSICAL INJURY AND HAVE NOW BEEN DIAGNOSED WITH POST TRAUMATIC STRESS DISORDER AND PRESCRIBED MEDICATION FOR RECURRING NIGHTMARES SPECIFIC TO THESE INCIDENTS.

APPROXIMATELY SEPTEMBER 2024, WHILE SERVING BREAKFAST TO DETAINEES IN THE MENTAL HEALTH MODULE AT APPROX 5AM, I WITNESSED DEPUTIES SALTERS AND KIM (WHO WERE THE OVERNIGHT DEPUTIES WHO I HAD NEVER SEEN ASSIGNED AS PARTNERS) ASSAULT AN OLDER AFRICAN AMERICAN MALE IN CELL 3.

THE MANS NAME IS MR PORTER, HE WAS ON SUICIDE WATCH AND THEREFORE NAKED EXCEPT FOR A SAFETY SMOCK. AS I WAS PREPARING BREAKFAST I OBSERVED SALTERS AND KIM QUICKLY ENTER CELL 3

5/7

AND HIT/PUNCH MR PORTER ALL OVER HIS LOWER BODY WHILE HE CRIED AND BEGGED THEM TO STOP. BOTH DEPUTIES WERE YELLING "YOU WANT TO YELL ALL FUCKING NIGHT HUH?". THE INCIDENT LASTED APPROX 15-20 SECONDS THEN BOTH DEPUTIES EXITED THE CELL. AS THEY PASSED ME, AND AGAIN AS I WAS LATER LEAVING, THEY TOLD ME "WHAT YOU SEE ON F STAYS ON F". THEY ALSO TOLD ME THAT THEY COULD HAVE ME HOUSED ON F MODULE IF THEY WANTED. DUE TO THE DISGUSTING CONDITIONS ON F MODULE THIS WAS A CLEAR THREAT OF THE CONSEQUENCES IF I TOLD.

APPROXIMATELY MARCH 2025, WHILE SERVING LUNCH TO DETAINEES ON F MODULE, I WITNESSED THE ASSAULT OF A MENTALLY ILL OLDER AFRICAN AMERICAN NAMED MR BRUNO IN CELL 22. I HAD PLACED A BOWL OF HOT BEANS AND AN APPLE ON THE PORT HOLE OF CELL 22, AS I WALKED AWAY MR BRUNO TOSSED THE APPLE OUT. I ASKED DEPUTIES RODRIGUEZ AND COSTELLO IF I SHOULD CLOSE THE PORT. DEPUTY RODRIGUEZ STATED "NO WE GOT IT". I THEN WITNESSED RODRIGUEZ HOLD THE BOWL OF HOT BEANS AND VERBALLY COAX MR BRUNO TO TAKE THE BEANS. AS MR BRUNO APPROACHED RODRIGUEZ THREW THE HOT BEANS OVER HIM. COSTELLO WATCHED THE INCIDENT NEXT TO RODRIGUEZ AND LAUGHED AT WHAT HAD OCCURRED. BEFORE I LEFT BOTH DEPUTIES REMINDED ME HOW I COULD EASILY BE MOVED TO F MODULE AND NOT TO SHARE ANYTHING I SEE ON F MODULE. THE CONDITIONS ON F MODULE WERE HORRENDOUS WITH THE STENCH OF FECES CONSTANT. DETAINEES SUCH AS MR BRUNO WOULD HAVE OVER FLOWING TOILETS FOR DAYS AT A TIME. ON MANY OCCASSIONS I WAS INSTRUCTED TO CLEAN OUT VACATED CELLS AND IT WAS ROUTINE TO FIND URINE, VOMIT, BLOOD OR FECES. I HAD NO TRAINING OR EQUIPMENT TO CLEAN SUCH BIOLOGICAL WASTE, SOME DEPUTIES WOULD TELL ME TO LEAVE IT FOR CRIME SCENE CLEANERS WHILE MANY WOULD

DAVID MCCONNELL
VS
CONTRA COSTA COUNTY
SHERIFF

6/7

2/24/26

TELL ME TO CLEAN IT. DUE TO THE FEAR OF BEING MOVED TO F MODULE, OR POSSIBLY BEING BEATEN LIKE MR PORTER OR BRUNO, I ALWAYS COMPLIED.

WHILE WORKING IN INTAKE I WAS OFTEN TASKED WITH CLEANING BIOLOGICAL WASTE, AGAIN WITH NO TRAINING OR EQUIPMENT. AS WITH F MODULE I ALWAYS COMPLIED AS I WAS SCARED OF POSSIBLE CONSEQUENCES OF REFUSING.

DURING MY TIME WORKING IN THE IDENTIFIED AREAS I INCURRED INJURIES SUCH AS CUTS, BURNS, STRAINS, SPRAINS, MIGRAINES AND EXHAUSTION. THESE INJURIES WERE THE RESULT OF NO TRAINING ON THE EQUIPMENT I WAS EXPECTED TO USE SUCH AS COMMERCIAL MEAT SLICERS, COMMERCIAL OVENS, KNIVES, FLOOR BUFFERS, WET-VAC MACHINES, HEAT SEALERS AND CHEMICALS ALONG WITH UNPRECEDENTED HOURS. I WAS NOT ONLY NEVER TRAINED ON EQUIPMENT BUT WAS NEVER TRAINED ON TECHNIQUES OR PROCESSES SUCH AS CLEANING SEWAGE, BIOLOGICAL WASTE OR LIFTING AND HANDLING HEAVY LOADS SUCH AS THOSE IN THE KITCHEN. IT IS WORTH NOTING THAT THROUGHOUT ALL OF THIS I WAS FIGHTING FOR MY LIFE GOING THROUGH TRIAL.

THE ABUSIVE INCIDENTS I WITNESSED ALONG WITH THE CONDITIONS I WAS DIRECTED TO WORK UNDER HAS CAUSED ME HARM. HAD CONTRA COSTA SHERIFF HAD POLICIES AND PROCEDURES IN PLACE ADDRESSING THE ISSUES I FACED, I MAY NOT HAVE BEEN INJURED. I BELIEVE THIS SHOWS DELIBRATE INDIFFERENCE ON THE PART OF THE DEPARTMENT.

I NEVER REPORTED ANY INCIDENTS OR ISSUES DUE TO FEAR OF RETALIATION SUCH AS THAT STATED BY DEPUTIES SALTERS, KIM, COSTELLO OR RODRIGUEZ. I BELIEVED I MAY HAVE BEEN BEATEN OR MOVED TO F MODULE IF I FILED ANY GRIEVANCE.

I HAD DOCUMENTED THE DATES, TIMES AND DETAILS OF THE

7/2

INCIDENTS AND ISSUES I OUTLINED, HOWEVER THIS DOCUMENT DISAPPEARED FROM MY CELL DURING ROUTINE CELL SEARCHES BY THE S.E.R.T TEAM. A TEAM THE DEPUTIES I MENTIONED ALL PART OF. WHILE I CANNOT PROVE THE DOCUMENT WAS TAKEN OR BY WHOM, I CAN COME TO A REASONABLE CONCLUSION. IN ADDITION TO THE ISSUES RAISED I ROUTINELY WITNESSED DEPUTIES HARASS AND EXACERBATE THE CONDITION OF MENTALLY ILL DETAINEES BY DOING THINGS LIKE TELLING THEM THAT THEIR HALLUCINATIONS OF MONSTERS AND DEMONS IN THEIR CELL WERE REAL. SUCH ABUSE WAS TRAUMATIC TO WITNESS AND ADDED TO MY FEAR OF RAISING ANY CONCERNS, I DID NOT WANT TO BE ON THE RECEIVING END OF ANY ABUSE SO I STAYED QUIET UNTIL A TIME I KNEW I COULD SAFELY DO SO, THAT TIME IS NOW. THE IDENTIFIED DEPUTIES WERE NOT THE ONLY ONES WHO WOULD REGULARLY REMIND ME THAT I COULD BE EASILY MOVED TO F MODULE, MANY DEPUTIES WOULD DO THIS SUCH AS DEPUTIES ROWND, LLERENA AND OTHERS.

FINALLY THE MDF MEDICAL DEPARTMENT HAVE NO POLICIES OR PROCEDURES TO EVALUATE OR MONITOR THE HEALTH AND WELL-BEING OF DETAINEE WORKERS/TRUSTEES. IN FACT THEY GIVE MANY, INCLUDING ME, MEDICATION WHICH YOU ARE NOT SUPPOSED TO OPERATE MACHINERY WHILE TAKING. THEY GIVE SUCH MEDICATION DURING A WORK SHIFT IN THE KITCHEN WHERE I WAS REQUIRED TO RETURN AND USE KNIVES, COMMERCIAL SLICERS ETC. I WAS INJURED MANY TIMES IN THE KITCHEN.

I BELIEVE THE DESCRIBED ACTIONS/PROCESSES OF THE MEDICAL DEPARTMENT SHOWS DELIBERATE INDIFFERENCE AT MINIMUM. MY EXPERIENCE AT MDF RESULTED IN VARIOUS INJURIES AS DESCRIBED, NO PERSON SHOULD FACE DANGER DAILY OR BE CAUSED TO SUFFER PTSD AS A RESULT OF THEIR BEING DETAINED IN A JAIL OR ANY OTHER PLACE TASKED WITH KEEPING YOU SAFE.